No. 5,662.—MARGARET WRIGHT, RESPONDENT, v. CITY OF BILLINGS, APPELLANT.

*Appeal from District Court, Yellowstone County, in the Thirteenth Judicial District; Frank P. Leiper, Judge of the Seventh District, Presiding.*

Decided April 15, 1925.

PER CURIAM.—Upon motion of appellant, the appeal in the above-entitled cause is dismissed.

*Mr. M. J. Lamb,* for Appellant.

*Mr. H. C. Crippen,* for Respondent.

---

STATE EX REL. STANTON TRUST & SAVINGS BANK, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the district court of Gallatin county and Ben B. Law, Judge thereof.

Decided April 27, 1925.

PER CURIAM.—Pursuant to praecipe of counsel for relator, it is ordered that the petition in the above-entitled cause be, and the same is, dismissed.

*Messrs. Freeman, Thelen & Freeman* and *Mr. Walter S. Hartman,* for Relator.